UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>REQUEST FOR JUDICIAL ASSISTANCE FROM THE HIGHER REGIONAL COURT OF KARLSRUHE, GERMANY, IN THE MATTER OF HEIKE GEBAUER v. STEFFEN PIETZKE. | Case No. 3:19-cv-633-MMD-WGC<br><br>**ORDER APPOINTING COMMISSIONER** |

WHEREAS, the United States, through its counsel, has filed an application to appoint Assistant United States Attorney Greg Addington as Commissioner for the purpose of obtaining testimony and taking other action, including the issuance of subpoenas, as required to execute a Letter of Request from the Higher Regional Court of Karlsruhe, Germany, in connection with a civil proceeding pending in that Court captioned Heike Gebauer v. Steffen Pietzke;

And the Court being fully informed in the premises,

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in 28 USC § 1782(a), that Greg Addington, Assistant United States Attorney for the District of Nevada, is hereby appointed Commissioner of this Court to obtain by subpoena the requested testimony and information for transmission to the Office of International Judicial Assistance, U.S. Department of Justice, for transmission to the Higher Regional Court of Karlsruhe, Germany; and to do all else that may be necessary for the accomplishment of this Order.

Date: October 22, 2019

_____
UNITED STATES DISTRICT JUDGE

1